**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND A. DANIELS,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   24-cv-859** |
| | : | |
| **HOWARD SISSEM, et al.,** | : | |
| **Respondents.** | : | |

# **O R D E R**

**AND NOW**, this 25th day of June, 2026, upon review and consideration of the Report and

Recommendation of United States Magistrate Judge Lynne A. Sitarski concerning the petition

for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, there being no timely objections

filed by Petitioner, **IT IS ORDERED** that:

    1.  The Report and Recommendation is **APPROVED** and **ADOPTED**.

    2.  The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**,

without an evidentiary hearing.

    3.  There is <u>no</u> basis for the issuance of a certificate of appealability.

    4.  The Clerk of Court shall mark this case **CLOSED**.

            **BY THE COURT:**

            **S/ WENDY BEETLESTONE**

            _____

            **WENDY BEETLESTONE,     J.**